**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00457-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WINFREDO ZUNIGA-CARDONA,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHRISTINE M. ARGUELLO

    Pursuant to this Court's Minute Order (Doc. # 19), dated March 5, 2010, and a telephone conversation between counsel and Chambers staff, the Change of Plea Hearing for Defendant Zuniga-Cardona has been RESET to **March 10, 2010 at 10:00 a.m.**

    DATED: March 8, 2010